UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 18, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRENDA HERNANDEZ

    Defendant.

Case No. 2:23-mj-00006-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BRENDA HERNANDEZ</u> Case No. <u>2:23-mj-00006-KJN</u> Charges <u>21 USC § 841(a)(1) & (b)(1)(A)(vi)</u> from custody for the following reasons:

    <u> X </u>    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other): __

Issued at Sacramento, California on January 18, 2023 at 2:00 PM

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE